**United States District Court**
**For the Northern District of California**

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8   SMILEY JAMES HARRIS                          No. C 09-5214 SI (pr)
    a/k/a JAMES LaVELL HARRIS,
9                                                **JUDGMENT**
              Plaintiff,
10
       v.
11
    LAKE COUNTY JAIL; et al.,
12
              Defendants.
13                                          /
14
       This action is dismissed because the complaint fails to state a claim upon which relief
15
    may be granted.
16
17
       IT IS SO ORDERED AND ADJUDGED.
18
19
    Dated: April 1, 2010                     _____
20                                           SUSAN ILLSTON
                                             United States District Judge
21
22
23
24
25
26
27
28